IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

J&J SPORTS PRODUCTIONS, INC.,

          Plaintiff,

v.                                    Case No. 10-cv-12-wmc

SUNSETS ON SAND, LLP d/b/a SUNSETS
and LORNA STEELE,

          Defendants.

---

### ENTRY OF DEFAULT

In the court's April 28, 2010 order, defendant Sunsets on Sand, LLP was given until May 10, 2010, to file an answer that complies with Fed. R. Civ. P. 11(a). It appearing from the record that defendant Sunsets on Sand, LLP has failed to file an answer in accordance with the April 28 order, default is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Entered this 27th day of May, 2010.

/s/ Peter Oppeneer
Peter Oppeneer
Clerk of Court