IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

J & J SPORTS PRODUCTION, INC.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-12-wmc

SUNSETS ON SAND, LLP d/b/a
SUNSETS and LORNA STEELE

    Defendants.

    This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered granting plaintiff's motion for default judgment in the total amount of $3,655 against defendant Sunsets on Sand, LLP d/b/a Sunsets and granting judgment in favor of defendant Lorna Steele dismissing plaintiff's claims against her with prejudice.

_Peter Oppeneer_      7/12/10

Peter Oppeneer, Clerk of Court      Date